# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>GABRIEL NAVARRETE-SEGURA,<br><br>                 Defendant. | CASE NO.:   20CR03557-JLS<br><br>ORDER TO CONTINUE<br>MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing is GRANTED. The April 9, 2021 Motion Hearing/ Trial Setting is hereby continued to May 14, 2021 at 1:30 p.m.

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(1)(G), and (h)(7)(A). The Court finds that pretrial motions are pending, a plea agreement has been lodged with the Court, and the ends of justice served by the exclusion of time outweighs the best interest of the public and the defendant in a speedy trial. Thus, the failure to exclude time would result in a miscarriage of justice.

**SO ORDERED.**

Dated: April 7, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge